**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| PJC LOGISTICS, LLC,<br>*Plaintiff* | |
| v. | Case No. 6:11-cv-00125-LED |
| ACME TRUCK LINE, INC., et al.,<br>*Defendants* | **JURY** |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given to the Court and all parties of record that the undersigned attorney, Steven R. Daniels, of the law firm Farney Daniels LLP, 800 S. Austin Ave., Suite 200, Georgetown, TX 78626, Telephone (512) 582-2828 enters his appearance as an attorney of record on behalf of PJC Logistics, LLC in the above-referenced case. Mr. Daniels requests and respectfully asks that he henceforth receive electronic notices of all subsequent filings at: SDaniels@farneydaniels.com.

DATED: May 26, 2011

By:    /s/ *Steven R. Daniels*
    Steven R. Daniels
    Texas State Bar No. 24025318
    **FARNEY DANIELS LLP**
    800 S. Austin Ave., Suite 200
    Georgetown, Texas 78626
    Telephone: (512) 582-2828
    Facsimile: (512) 582-2829
    E-mail: SDaniels@farneydaniels.com
    **ATTORNEY FOR PLAINTIFF PJC**
    **LOGISTICS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.


                                                     _____/s/ *Steven R. Daniels*_____
                                                     Steven R. Daniels