IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 6:11-CV-00125 |
| Plaintiff | : | |
| v. | : | |
| ACME TRUCK LINES, INC., *ET AL* | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Groenkyke Transport, Inc. has not yet received service of process and has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses Groendyke Transport, Inc. with prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: June 6, 2011

By: /s/ R. Mark Dietz
R. Mark Dietz
Tex. Bar. No. 05857200
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com
Attorneys for Plaintiff PJC Logistics LLC