IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC <br><br> PLAINTIFF, <br><br> v. <br><br> ACME TRUCK LINE, INC., et al <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:11-CV-125 |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to CV-11(f), J. Wesley Hill of the Ward & Smith Law Firm, request that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this matter.

Respectfully submitted,

/s/ Wesley Hill
Wesley Hill
Tex. Bar No. 24032294

WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: wh@wsfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 30th day of June, 2011.

/s/ Wesley Hill