IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 6:11-CV-00125 |
| Plaintiff | : | |
| v. | : | |
| ACME TRUCK LINES, INC., *ET AL*. | : | |
| Defendants. | : | |

**ORDER DISMISSING ALL CLAIMS AGAINST DARYL THOMASON TRUCKING, INC. WITH PREJUDICE**

On this day came on to be heard Plaintiff PJC Logistics, LLC's Notice of Voluntary Dismissal With Prejudice, and the Court, having reviewed the Notice, finds the Notice is sufficient and in all things should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims against Daryl Thomason Trucking, Inc. are dismissed with prejudice.

**So ORDERED and SIGNED this 25th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**