IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 6:11-CV-00125 |
| Plaintiff | : | |
| v. | : | |
| ACME TRUCK LINES, INC., *ET AL.* | : | |
| Defendants. | : | |

### ORDER DISMISSING ALL CLAIMS AGAINST MM&E LOGISTICS, LLC WITHOUT PREJUDICE

On this day came on to be heard Plaintiff PJC Logistics, LLC's Notice of Voluntary Dismissal Without Prejudice, and the Court, having reviewed the Notice, finds the Notice is sufficient and in all things should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims against MM&E Logistics, LLC are voluntarily dismissed without prejudice.

**So ORDERED and SIGNED this 16th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**