IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 6:11-CV-00125-LED |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| ACME TRUCK LINES, INC., *ET AL*. | : | |
| Defendants. | : | |

## PJC LOGISTICS, LLC's RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff PJC Logistics, LLC ("PJC"), for its Corporate Disclosure Statement, Pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation or publicly traded corporation that owns 10% or more of its stock.

DATED: August 29, 2011     By:     */s/ Steven R. Daniels*
Steven R. Daniels
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2820
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

*Attorneys for PJC Logistics, LLC*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies on August 29, 2011, that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                                             */s/ Steven R. Daniels*
                                             Steven R. Daniels